# United States Court of Appeals
# for the Federal Circuit

———————————

**DILLON TRUST COMPANY LLC, AS TRUSTEE FOR TRUSTS 709204, 709210, AND 8545,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

———————————

2024-1314

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01898-EGB, 1:17-cv-02022-EGB, 1:17-cv-02023-EGB, Senior Judge Eric G. Bruggink.

———————————

**JUDGMENT**

———————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 14, 2026
Date

Jarrett B. Perlow
Clerk of Court