# United States Court of Appeals
# for the Federal Circuit

---

**DILLON TRUST COMPANY LLC, AS TRUSTEE
FOR TRUSTS 709204, 709210, AND 8545,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1314

---

Appeal from the United States Court of Federal Claims
in Nos. 1:17-cv-01898-EGB, 1:17-cv-02022-EGB, 1:17-cv-02023-EGB, Senior Judge Eric G. Bruggink.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 14, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 6, 2026
Date

Jarrett B. Perlow
Clerk of Court